UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RITCHIE CAPITAL MANAGEMENT, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>RESERVOIR CAPITAL PARTNERS, L.P., RESERVOIR CAPITAL GROUP, L.L.C., RESERVOIR CAPITAL MASTER FUND, L.P., RESERVOIR CAPITAL MASTER FUND II, L.P., RESERVOIR CAPITAL INVESTMENT PARTNERS, L.P., ERIC ENGLER AND JOHN KERMATH,<br><br>Defendants. | Case No. 1:15-cv-08021<br><br>Hon. Sara L. Ellis |

**UNOPPOSED MOTION FOR LEAVE TO FILE RESERVOIR'S OPPOSITION
TO PLAINTIFF'S MOTION TO STAY AND ANSWER AND COUNTERCLAIMS
UNDER SEAL**

Pursuant to Local Rule 26.2(c), Defendants Reservoir Capital Partners, L.P., Reservoir Capital Master Fund, L.P., Reservoir Capital Master Fund II, L.P., and Reservoir Capital Investment Partners, L.P. (collectively, "Reservoir Counterclaimants"), along with Defendant Reservoir Capital Group, L.L.C. (collectively with Reservoir Counterclaimants, "Reservoir"), hereby respectfully move the Court for leave to file Reservoir's opposition to Plaintiff's motion to stay, the Answer of Reservoir Capital Group, L.L.C., and the Answer and Counterclaims of Reservoir Counterclaimants under seal.

**ARGUMENT**

The Court may seal portions of the record upon a showing of "good cause" by the moving party. *See Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 944-45 (7th Cir. 1999). There is good cause to seal Reservoir's opposition to RCM's motion to stay, the

Answer of Reservoir Capital Group, L.L.C., and the Answer and Counterclaims of Reservoir Counterclaimants because an order of the Grand Court of the Cayman Islands ("Grand Court") requires the Reservoir entities to request that these documents be sealed.

As explained in the counterclaims of Reservoir Counterclaimants, dated October 23, 2015, Defendant John Kermath ("Mr. Kermath") is the former president of RCM. In response to Reservoir's inquiry about its investments managed by RCM, Mr. Kermath disclosed certain information discussed in Reservoir's opposition to RCM's stay motion and its Answer and the Counterclaims of Reservoir Counterclaimants. On September 1, 2015, the Grand Court issued an order enjoining the Reservoir entities "from disclosing to any third party" certain information provided to them by Mr. Kermath. Friedman Decl. Ex. A, at 2. On October 13, 2015, the Grand Court issued an order modifying the injunction, which allows the Reservoir entities to disclose the information provided by Mr. Kermath in court proceedings but subject to the condition that any "pleading or evidence" that "reference[s]" the information provided by Mr. Kermath "shall . . . be made subject of an application for it to be sealed." Friedman Decl. Ex. B, at 2.

In light of the restrictions placed on public filing of the stay opposition, the Answer, and the Answer and Counterclaims by the Grand Court, Reservoir respectfully submits that there is good cause to file these documents under seal. *See, e.g.*, *Cohan v. Provident Life & Accident Ins. Co.*, No. 13-cv-00975, 2014 U.S. Dist. LEXIS 14874, at *6 (D. Nev. Feb. 6, 2014) (granting motion to seal document where movant was "bound by other court orders and a settlement agreement to keep the documents from being disclosed to the public"); *In re Abbott Labs.*, No. 12-mc-80164, 2012 U.S. Dist. LEXIS 128608, at *2-3 (N.D. Cal. Sept. 7, 2012) (granting motion to seal document "reveal[ing] the existence of a specific confidential foreign proceeding and its

rules" where "rules of the foreign tribunal require[d movant] to keep certain information, including the existence of the foreign proceeding, strictly confidential").

## CONCLUSION

For the foregoing reasons, Reservoir respectfully requests that the Court grant its motion to seal.

Dated: New York, New York
       October 23, 2015

Respectfully submitted,

By: /s/ Bryce L. Friedman

Bryce L. Friedman (bfriedman@stblaw.com)
(admitted *pro hac vice*)
Craig S. Waldman (cwaldman@stblaw.com)
(admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

MURPHY & HOURIHANE LLC
John Scheid (jscheid@mhlitigation.com)
161 North Clark Street
Suite 2550
Chicago, IL 60601
(312) 202-3200

*Attorneys for Defendants Reservoir Capital Partners, L.P., Reservoir Capital Group, L.L.C., Reservoir Capital Master Fund, L.P., Reservoir Capital Master Fund II, L.P., and Reservoir Capital Investment Partners, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that Plaintiff is being served with a copy of Reservoir's motion to seal via filing on the Court's electronic docket on this 23rd day of October, 2015.

                                                    /s/ Bryce L. Friedman
                                                    Bryce L. Friedman